## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL. TRAVIS JUSTIN WHITEHAWK, | : No. 202 MM 2017 |
| Petitioner | : |
| v. | : |
| MARK GARMAN, SUPERINTENDENT, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 20th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.